## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CASE NO.:  8:11-cv-405-T-30TGW

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

J.M. HOLLISTER, LLC, et al,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff KENDRICK E. DULDULAO and Defendant, J.M. HOLLISTER, LLC, an Ohio limited liability company, d/b/a HOLLISTER by and through their respective undersigned counsel, hereby notify the Court that settlement has been reached in the above styled case. The Settlement Agreement is being drafted and will be circulated for signatures.  A Stipulation of Dismissal With Prejudice will be filed with the Court shortly hereafter.

Dated this 6th day of December, 2011.

Respectfully submitted,

| | |
|---|---|
| /s/B. Bradley Weitz._____ | /s/Lauren M. Frame, Esq._____ |
| B. BRADLEY WEITZ, ESQ. | Lauren M. Frame, ESQ. |
| Florida Bar No.: 479365 | VORYS, SATER, SEYMOUR |
| THE WEITZ LAW FIRM, P.A. | & PEASE LLP |
| Bank of America Building | 52 E. Gay Street |
| 18305 Biscayne Blvd., Suite 214 | P.O. Box 1008 |
| Aventura, Florida 33160 | Columbus, Ohio 43216-1008 |
| Telephone: (305) 949-7777 | Telephone: (614) 464-6378 |
| Facsimile:  (305) 704-3877 | Facsimile:  (614) 719-4881 |
| Email: bbw@weitzfirm.com | Email: lmframe@vorys.com |
| Attorney for Plaintiff | Attorney for Defendant |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:11-cv-405-T-30TGW

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

J.M. HOLLISTER, LLC, et al,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877
    Email: bbw@weitzfirm.com

## SERVICE LIST

Kendrick E. Duldulao v. J. M. Hollister, LLC, et al.,
CASE NO.: 8:11-cv-405-T-30TGW
United States District Court, Middle District Of Florida
Tampa Division

**Lauren M. Frame, Esq.**
**VORYS, SATER, SEYMOUR**
**& PEASE LLP**
52 E Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Telephone: (614) 464-6378
Facsimile: (614) 719-4881
Email: lmframe@vorys.com
**ELECTRONIC NOTICE**


**Scott T. Silverman, Esq.**
**AKERMAN SENTERFITT**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602-5803
Telephone: (813) 209-5091
Facsimile: (813) 223-2837
Attorney for Defendant
J.M. Hollister, LLC
**ELECTRONIC NOTICE**


**Citrus Park Ventura**
**Limited Partnership**
**Registered Agent**
CT Corporation System
1200 South Pine Island Road
Plantation, Florida 33324
**TERMINATED**