UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-405-T-30TGW

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

J.M. HOLLISTER, LLC, et al,

    Defendants.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KENDRICK E. DULDULAO, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulates to a dismissal of this action with prejudice as to Defendant J.M. HOLLISTER, LLC, a Ohio limited liability company. Each party shall bear their own costs.

Dated this 2nd day of February, 2012.

Respectfully submitted,

| | |
|---|---|
| /s/B. Bradley Weitz. | /s/Lauren M. Frame, Esq. |
| B. BRADLEY WEITZ, ESQ. | LAUREN M. FRAME, ESQ. |
| Florida Bar No.: 479365 | Florida Bar No.: 0084017 |
| THE WEITZ LAW FIRM, P.A. | VORYS, SATER, SEYMOUR |
| Bank of America Building | AND PEASE, LLP |
| 18305 Biscayne Blvd., Suite 214 | 52 East Gay Street, P.O. Box 1008 |
| Aventura, Florida 33160 | Columbus, Ohio 43216-1008 |
| Telephone: (305) 949-7777 | Telephone: (614) 464-5434 |
| Facsimile: (305) 704-3877 | Facsimile: (614) 719-4969 |
| Email: bbw@weitzfirm.com | Email: lmframe@vorys.com |
| Attorney for Plaintiff | Attorney for Defendant |
| | J.M. Hollister, LLC |

SO ORDERED: _____
               United States District Judge

6 Feb. 2012

1